# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1908

_____

United States of America,

*Plaintiff - Appellee,*

v.

William Leo Yancey,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: November 24, 2017
Filed: December 11, 2017
[Unpublished]

_____

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

William Yancey appeals after he pled guilty to a drug-related offense and the district court[1] sentenced him to 188 months in prison, a term within the calculated

---

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Guidelines range. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), questioning the reasonableness of Yancey's prison term. Yancey has not filed a supplemental brief.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. David*, 682 F.3d 1074, 1076-77 (8th Cir. 2012) (discussing appellate review of sentencing decisions); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines sentence may be presumed reasonable). In addition, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____